August 9, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

LORENZO WILLIAMS (JP MORGAN CHASE BANK, NATIONAL ASSOICATION - GARNISHEE), Appellant

NO. 14-12-00376-CV                              V.

THE CADLE COMPANY DISTRICT COURT, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 9, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellant, Lorenzo Williams to pay all costs incurred in this appeal.

We further order this decision certified below for observance.